In the Matter of JOHN SINCERBEAUX, Appellant, against FRANK T. HANLON, as Commissioner of Public Safety of the City of White Plains, Respondent.

Submitted February 6, 1956; decided February 16, 1956.

Motion to resettle order of the Court of Appeals dated January 12, 1956, denied. [See 306 N. Y. 986; 309 N. Y. 1034.]